UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 3:12 CR 30239 - GPM |
| | ) |
| JEVON M. JENKINS, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S SECOND MOTION TO CONTINUE**

COMES NOW Defendant Jevon M. Jenkins, by and through counsel, and respectfully requests this Court to continue the sentencing hearing and the hearing on the Defendant's letter to the Court to any date after August 9, 2013.  In support of this motion, Defendant states the following.

1. The sentencing hearing is scheduled for May 20, 2013.  The Court also scheduled a hearing regarding the Defendant's letter to the Court for the same date.

2. Counsel for the Defendant met with the Defendant and discussed his upcoming sentencing and the possible trial of co-defendant Antwon Jenkins which was continued to August 6, 2013.  After these discussions, the Defendant requested counsel to move for a continuance of both the sentencing and the hearing concerning his letter until after August 9.  Counsel for the Defendant agrees it is in the Defendant's best interest to continue these matters.

3. Counsel for the Government has no objection to this request.

WHEREFORE, Defendant Jevon Jenkins respectfully requests this Court to continue the sentencing hearing and the hearing on the Defendant's letter to the Court to any date after August 9, 2013, and for such other relief as the Court deems just and proper.

Respectfully submitted,

**THE WELBY LAW FIRM, LLC**

*/S/ Stephen R. Welby*
Stephen R. Welby
1221 Locust Street, 4th Floor
St. Louis, Missouri 63103
314-436-1888/facsimile 314-436-1811

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 11, 2013, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/S/ Stephen R. Welby*