UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEVON M. JENKINS,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No.: 3:12 CR 30239 - GPM<br>)<br>)<br>)<br>) |

### DEFENDANT'S MOTION TO WTHDRAW GUILTY PLEA

COMES NOW Defendant Jevon M. Jenkins, and pursuant to Rule 11(d)(1), respectfully moves this Court to withdraw his guilty plea. In support of this motion, Defendant states the following.

1. The Defendant tendered his plea of guilty before United States Magistrate Judge Proud on November 29, 2012. (DN 50 – 54)

2. On January 11, 2013, this Court acknowledged the proceeding before Judge Proud and ordered a Presentence Investigation Report. The Court has not accepted the Defendant's guilty plea, but deferred "a decision on acceptance of the plea of guilty and any plea agreement pending review of the Presentence Investigation Report." (DN 60)

3. Rule 11(d)(1) states, "A defendant may withdraw a plea of guilty or nolo contendere before the court accepts the plea, for any reason or no reason."

WHEREFORE, Defendant Jevon Jenkins respectfully moves to withdraw his guilty plea, and for such other and further relief as the Court deems just and proper.

JEVON JENKINS

Respectfully submitted,

**THE WELBY LAW FIRM, LLC**

*/S/ Stephen R. Welby*
Stephen R. Welby
1221 Locust Street, 4th Floor
St. Louis, Missouri 63103
314-436-1888/facsimile 314-436-1811

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2013, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/S/ Stephen R. Welby*