## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JEVON M. JENKINS, )<br>)<br>Defendant. )<br>) | Cause No. 3:12-CR-30239-GPM |

### MOTION TO DISAVOW PLEA AGREEMENT, TO CONTINUE PLEA AS AN OPEN PLEA WITHOUT THE BENEFIT OF AN AGREEMENT WITH THE UNITED STATES, AND TO CONTINUE SENTENCING HEARING

**COMES NOW** Defendant Jevon Jenkins, by and through counsel Robert Herman of Schwartz, Herman & Davidson, and hereby moves to disavow the plea agreement, to continue plea as an open plea without the benefit of an agreement with the United States, and to continue the sentencing hearing currently scheduled for September 30, 2013. In support thereof, Defendant states as follows:

1. On July 8, 2013, Defendant entered a plea of guilty in this matter before Magistrate Judge Donald D. Wilkerson.

2. Defendant has directed counsel to petition this Court to disavow any agreement he has previously made with the United States regarding his sentence.

3. Defendant wishes to continue with a plea on the basis of an open plea agreement.

    4.    Defendant requests a short continuance of approximately two weeks to collect additional records requesting further information on Defendant's mitigating factors.

    5.    Defendant's sentencing hearing is currently scheduled for Monday, September 30, 2013 at 10:00 a.m. before Judge Murphy.

    6.    Defendant requests a continuance of at least two weeks of his sentencing hearing.

    7.    That the purposes of justice will be served by the granting of this motion.

    8.    That no prejudice will be attached to any party by the granting of this motion.

**WHEREFORE** Defendant Jevon Jenkins prays this Court grant his Motion to Disavow Plea Agreement, to Continue Plea as an Open Plea without the Benefit of an Agreement with the United States, and to Continue Sentencing Hearing from September 30, 2013.

Respectfully submitted,

**SCHWARTZ, HERMAN & DAVIDSON**

By:   /s/ Robert Herman
Robert Herman, Bar No. 32376MO
8820 Ladue Road, Suite 201
St. Louis, Missouri 63124
Ph: (314) 862-0200
Fx: (314) 862-3050
bherman@laduelaw.com
*Attorney for Defendant, Jevon Jenkins*

- 3 -

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on  September 25, 2013  , a true and correct copy of the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following counsel of record:


Raymond M. Meyer
Assistant United States Attorney
111 South 10th Street
Room 20.333
St. Louis, Missouri 63102
Ph:  (314) 539-2200
raymond.meyer@usdoj.gov


                           By:  /s/  Robert Herman