IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

JEVON M. JENKINS,

Defendant.                                              No. 12-CR-30239-DRH-3

## MEMORANDUM & ORDER

**HERNDON, District Judge:**

Pending before the Court is Jevon Jenkins' motion for inclusion on remand (Doc. 323). Following the Seventh Circuit's mandate that remanded his co-defendant's case for resentencing, Jenkins moves that the Court should consider his case concurrently with that of co-defendant Antwon Jenkins. Based on the following, the Court dismisses for want of jurisdiction.

Once a district court enters final judgment it lacks jurisdiction to continue to hear related issues, except to the extent authorized by statute or rule. *See Carlisle v. United States*, 517 U.S. 416 (1996). Here, Jenkins argues that his co-defendant's appeal and subsequent remand for resentencing should apply to his case. However, the Court of Appeals has not remanded Jevon Jenkins' cause for resentencing, only that of his co-defendant, and no applicable statute or rule authorizes the Court to consider his motion. Thus, the Court lacks jurisdiction to entertain the motion.

Accordingly, the Court **DISMISSES for want of jurisdiction** defendant's motion for inclusion on remand (Doc. 323).

**IT IS SO ORDERED.**

Signed this 10th day of May, 2017.

Digitally signed by Judge David R. Herndon
Date: 2017.05.10 09:56:40 -05'00'

**United States District Judge**